**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                TELEPHONE (334) 954-3600

March 23, 2015

# NOTICE OF VOLUNTARY DISMISSAL

Re:   Melanie Bryan v. Holloway & Moxley, LLP
      Civil Action No. #1:14-cv-01161-SRW

Pursuant to the [9] Stipulation of Dismissal filed by the parties on 3/23/2015 and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed with prejudice, without an order of the court and has been closed and removed from the docket of this court.